```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

COUNTRYWIDE HOME LOANS, INC.          *     CIVIL ACTION
D/B/A/ AMERICA'S WHOLESALE LENDER     *
                                      *
VERSUS                                *     NO. 07-3353
                                      *
MARTHA JOHNSON ANDERSON, ET AL        *     SECTION "B"(2)
                                      *
```

## ORDER

Before the Court is Plaintiff's Motion to Alter, Amend, or Clarify Final Judgment Pursuant to Fed. R. Civ. P. 59 and/or Fed. R. Civ. P. 60 (Rec. Doc. No. 50). Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memoranda in opposition to the motion, set for hearing on **November 10, 2010**, has been submitted. Further, no one has filed a motion to continue the hearing or filed a motion for extension of time within which to oppose the motion. Accordingly, the motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that said motion is **GRANTED**, and the case is hereby **REMANDED** to the Civil District Court for the Parish of Orleans.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed

within thirty (30) days.  The motion must be accompanied by opposition memoranda to the original motion.  Because such a motion would not have been necessary had timely opposition memoranda been filed, the costs incurred in connection with the motion, including attorney's fees, will be assessed against the party moving for reconsideration.  *See* Fed. R. Civ. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than eight (8) days prior to the hearing of the motion for reconsideration.

    New Orleans, Louisiana, this 10th day of November, 2010.

                                    UNITED STATES DISTRICT JUDGE